AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| TAVIA WAGNER <br><br> *Plaintiff(s)* <br> v. <br> BARRACUDA STATIONS, LLC, and APEC FOODS, LLC, d/b/a VIRGINIA HEIGHTS MARATHON, a/k/a SPEEDWAY #6426 <br><br> *Defendant(s)* | Civil Action No. 6:20-cv-01207-ACC-EJK |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  BARRACUDA STATIONS, LLC
　　　　　　　　　　　　　　　　　　WILLIAM D. MCKNIGHT - REGISTERED AGENT
　　　　　　　　　　　　　　　　　　1201 OAKFIELD DRIVE, SUITE 109
　　　　　　　　　　　　　　　　　　BRANDON, FLORIDA 33511

　　　　A lawsuit has been filed against you.

　　　　Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:　　JOE M. QUICK, ESQ.
　　　　　　　　　　　　　　　　　　　　　　　　　　LAW OFFICES OF JOE M. QUICK, ESQ.
　　　　　　　　　　　　　　　　　　　　　　　　　　1224 S. PENINSULA DRIVE #619
　　　　　　　　　　　　　　　　　　　　　　　　　　DAYTONA BEACH, FLORIDA 32118
　　　　　　　　　　　　　　　　　　　　　　　　　　TELEPHONE (386) 212-3591

　　　　If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

*MagalyJustiniano*

Date:　July 8, 2020　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　　　　　　　　　*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| TAVIA WAGNER <br><br> *Plaintiff(s)* <br> v. <br> BARRACUDA STATIONS, LLC, and APEC FOODS, LLC, d/b/a VIRGINIA HEIGHTS MARATHON, a/k/a SPEEDWAY #6426 <br><br> *Defendant(s)* | Civil Action No. 6:20-cv-01207-ACC-EJK |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  APEC FOODS, LLC
WILLIAM D. MCKNIGHT - REGISTERED AGENT
1201 OAKFIELD DRIVE, SUITE 109
BRANDON, FLORIDA 33511

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  JOE M. QUICK, ESQ.
LAW OFFICES OF JOE M. QUICK, ESQ.
1224 S. PENINSULA DRIVE #619
DAYTONA BEACH, FLORIDA 32118
TELEPHONE (386) 212-3591

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

*MagalyJustiniano*

Date:  July 8, 2020

_____
*Signature of Clerk or Deputy Clerk*